UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| VS. | § § | 4:17-MJ-747 |
| SEALED SEARCH WARRANT, | § § § | |
| Defendants. | § § § | |

## **AMENDED ORDER**

A show cause hearing shall to take place before:

Judge Dena Hanovice Palermo
on **Friday, September 15, 2017, at 2:00 p.m.**
in Courtroom 702 (7th Floor)
United States Courthouse
515 Rusk Street
Houston, TX 77002.

Signed on August 25, 2017, at Houston, Texas.

*Dena Palermo*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Dena Hanovice Palermo
United States Magistrate Judge